UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JACQUELINE DAWANDA FAISON, )
 )
        Plaintiff, )
 )   **JUDGMENT IN A CIVIL CASE**
v. )
 )   **CASE NO. 5:16-CV-905-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 12, 2018, and Copies To:**
Maria Concetta Mayo     (via CM/ECF electronic notification)
Gabriel R. Deadwyler     (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
February 12, 2018     (By) /s/ Nicole Briggeman
        Deputy Clerk